Frank F. Hovey, Appellant, v. Julia C. Stolleis, Administratrix of Estate of Fred Stolleis, Deceased and John Clary, Appellees.

Julia C. Stolleis, Administratrix of Estate of Fred Stolleis, Deceased, Intestate, Appellee, v. Frank F. Hovey, Appellant.

Julia C. Stolleis, Appellee, v. Frank F. Hovey, Appellant.

Gen. No. 9,585.

opinion filed October 29, 1948; released for publication November 24, 1948. Gillespie, Burke & Gillespie and Edward H. Golden, for appellant; Hugh J. Dobbs, of counsel; Earl S. Hodges and Arthur Lilienstein, for appellees; Duane L. Traynor, of counsel. Opinion by Justice Wheat. Not to be published in full.

John H. Swearingen, Appellee, v. Joseph McGovern, Appellant.

Gen. No. 9,607.

opinion filed October 29, 1948; released for publication November 24, 1948. Wayne C. Townley and Chester Thomson, for. appellant; Branson Wright, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.

John Balaskas and Henry Thomas, Appellees, v. Victor S. Peters, Defendant. Appeal of Anderson Plotz and Company, Inc., Appellant.

Gen. No. 44,393.

opinion filed November 1, 1948; rehearing denied November 15, 1948; released for publication November 16, 1948. Herman & Pollak, for appellant; Andrew J. O'Conor, of counsel; Myer H. Gladstone, for appellees. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.